IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL JEROME IRBY, JR., : Civil No. 3:20-cv-1959
Plaintiff : (Judge Mariani)
v. :
KEVIN RANSOM, *et al.*, :
Defendants :

## ORDER

**AND NOW**, this 14th day of May, 2021, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

2. The pending motion (Doc. 2) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge